IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICO TOMAZ,

      Plaintiff,                    No. CIV S-05-2432 MCE GGH P

    vs.

YOLO COUNTY SHERIFF'S DEPARTMENT, et al.,

      Defendants.           <u>ORDER</u>

/

        Plaintiff, a state prisoner proceeding pro se, seeks relief pursuant to 42 U.S.C. § 1983. By concurrently filed order this court has found plaintiff's complaint appropriate for service upon several defendants, including the City of West Sacramento. Plaintiff names as an additional defendant "West Sacramento City Insurance Carrier GAB Robins." Any claim proceeding against the defendant City of West Sacramento in this matter would appear to involve the City's insurance carrier, up to and including the payment of any judgment by the City should this case resolve in plaintiff's favor.

        Plaintiff is directed to show cause within thirty days why defendant City of West Sacramento's insurance carrier should not be dismissed as an individually named defendant from this case as unnecessary; in addition, plaintiff must show any separate colorable grounds for suing the carrier. Failure to do so will result in a recommendation of dismissal of the insurance

1

1 carrier as a defendant.

2       IT IS SO ORDERED.

3 DATED: 3/24/06

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:009
toma2432.osc