IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICO TOMAZ,

        Plaintiff,                    No. CIV S-05-2432 MCE GGH P

     vs.

YOLO COUNTY SHERIFF'S DEPARTMENT, et al.,

        Defendants.              <u>ORDER</u>

/

        Plaintiff, a state prisoner, is proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. By an order filed March 24, 2006, this court ordered plaintiff to complete and return to the court, within thirty days, the USM-285 forms and copies of his December 2, 2005 complaint which are required to effect service on the defendants. On April 18, 2006, plaintiff failed to submit the USM-285 form needed for service upon defendant the City of West Sacramento.

        Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court is directed to send to plaintiff one USM-285 form to complete for defendant the City of West Sacramento and to submit to the court within thirty days.

DATED: 5/8/06

                                       /s/ Gregory G. Hollows

                                       GREGORY G. HOLLOWS
                                       UNITED STATES MAGISTRATE JUDGE

GGH:bb
toma2432.8f