IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICO TOMAZ,

      Plaintiff,                           No. CIV S-05-2432 MCE GGH P

      vs.

YOLO COUNTY SHERIFF'S
DEPARTMENT, et al.,

      Defendants.                ORDER

_____/

      Plaintiff has filed a document entitled "Answer to defendants' special interrogatories." Plaintiff appears thereby to have filed his own responses to defendants' interrogatories directed to him. Plaintiff is informed that court permission is not necessary for discovery requests and that neither discovery requests served on an opposing party nor that party's responses should be filed until such time as a party becomes dissatisfied with a response and seeks relief from the court pursuant to the Federal Rules of Civil Procedure. Nor is it necessary or appropriate that plaintiff's own responses to defendants' discovery requests be filed by plaintiff when they are not the subject of any motion to compel by defendants (at which point it would be defendants who would be obliged to file their own requests and the responses by plaintiff to which they had some objection). Discovery requests/responses between the parties are only to be served on the respective parties but shall not be filed with the court unless, and

1

1 until, they are at issue.

2 Accordingly, IT IS HEREBY ORDERED that plaintiff's April 24, 2007, responses to defendants' special interrogatories will be placed in the court file and disregarded. Plaintiff is cautioned that further filing of discovery requests or responses, except as required by rule of court, may result in an order of sanctions, including, but not limited to, a recommendation that this action be dismissed.

DATED: 5/11/07

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:009/mp
toma2432.111